THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR15-0120-JCC-20 |
| Plaintiff, | MINUTE ORDER |
| v. | |
| DONALD C. SCHOLOFF, | |
| Defendant. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court *sua sponte*. An evidentiary hearing regarding alleged supervised release violations is scheduled for October 27, 2020. (Dkt. No. 1239.) However, Defendant is presently detained pending trial in a related matter. (Dkt. No. 1259.) *See United States v. Donald Scholoff*, Case No. CR20-0153-JLR, Dkt. No. 6 (W.D. Wash. 2020). Accordingly, the evidentiary hearing scheduled for October 27, 2020 in this instant matter is hereby STRICKEN. The parties are directed to jointly move for a new hearing date in this matter once charges in the related matter are resolved.

//

//

//

DATED this 21st day of October 2020.

William M. McCool
Clerk of Court

s/Tomas Hernandez
Deputy Clerk

MINUTE ORDER
CR15-0120-JCC-20
PAGE - 2